IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Ross Mouber, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Safeco Ins. Co. of Illinois,<br><br>Defendant. | Case No.4:21-cv-00293-HFS |

ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice. (Doc.4 1). The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

**ORDERED** that the above action shall be dismissed with prejudice, with each party to bear their own fees and costs.

                                                                                   /s/ Howard F. Sachs_____
                                                                                  Howard F. Sachs
                                                                                  United States District Judge

October 12, 2023
Kansas City, Missouri